MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

DAVID C. MARCUS (CA SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

BRITTANY BLUEITT AMADI (*pro hac vice*)
brittany.amadi@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants*
*Ancestry.com DNA, LLC, Ancestry.com*
*Operations Inc., and Ancestry.com LLC*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| 23ANDME, INC.,<br><br>           Plaintiff,<br><br>   v.<br><br>ANCESTRY.COM DNA, LLC,<br>ANCESTRY.COM OPERATIONS INC., and<br>ANCESTRY.COM LLC,<br><br>           Defendants. | Case No. 3:18-cv-02791-EMC<br><br>**DECLARATION OF PILAN CHENHANSA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

1

I, Pilan Chenhansa, hereby declare as follows:

1.   I am Director, Legal at Ancestry.com Operations Inc. ("Ancestry"), where I have worked since October 28, 2013.  I have knowledge of the matters stated in this declaration, and I could and would testify competently thereto if called to do so.

2.   On December 21, 2016, Ancestry's outside counsel Jordan A. LaVine of the law firm Flaster Greenberg PC contacted outside counsel for 23andMe, Inc. ("23andMe"), Mark A. Steiner of the law firm Duane Morris LLP, on behalf of Ancestry.   Attached hereto as **Exhibit 1** is a true and correct copy of an email from Mr. LaVine to Mr. Steiner, dated December 21, 2016.

3.   ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Attached hereto as **Exhibit 2** is a true and correct copy of an email from Mr. LaVine to Mr. Steiner, dated April 20, 2017, ████████████████████████████████████

4.   ████████████████████████████████████████████

5.   ████████████████████████████████████████████████████████████████. Attached hereto as **Exhibit 3** is a true and correct copy of an email from Mr. LaVine to Mr. Steiner, Meghan Killian, and Kim White, counsel for 23andMe, dated March 1, 2018.  Also attached hereto as **Exhibit 4** is a true and correct copy of ████████████████████████████████████████

6.   ████████████████████████████████████████████████████████████████

2

[redacted]

7. [redacted]

[redacted] Attached hereto as **Exhibit 5** is a true and correct copy of an email from Mr. Steiner to Mr. LaVine, copying Ms. Killian and Ms. White, dated April 30, 2018, and attachment.

8. [redacted]

[redacted] Attached hereto as **Exhibit 6** is a true and correct copy of an email from Mr. Steiner to Mr. LaVine, copying Ms. Killian and Ms. White, dated May 1, 2018, and attachments.

9. On May 11, 2018, 23andMe filed this lawsuit against Ancestry seeking, among other things, a declaration that 23andMe's current use of "Ancestry" in its products and services does not constitute trademark infringement under 15 U.S.C. § 1051 and cancellation of the "Ancestry" trademark pursuant to 15 U.S.C. §§ 1064(3) and 1119.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 29th day of June 2018, in San Francisco, California.

DocuSigned by:

*Pilan Chenhansa*

43F955438169488...

PILAN CHENHANSA

3

CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2018, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By: */s/ Mark D. Selwyn*
Mark D. Selwyn