# EXHIBIT 1

| | |
|---|---|
| From: | LaVine, Jordan <Jordan.LaVine@flastergreenberg.com> |
| Sent: | Wednesday, December 21, 2016 6:48 AM |
| To: | 'masteiner@duanemorris.com' |
| Subject: | 23andMe/Ancestry |

Mark,

You may recall that we represent Ancestry.  I believe our offices had some conversations a few years ago.  I'd like to see if we can find a time to speak in the next few days.  Let me know if you're available.

Thank you.
Jordan LaVine

**Jordan A. LaVine**
**Flaster Greenberg PC**
1835 Market St., Suite 1050, Philadelphia, PA 19103
**D**: 215.279.9389| **E:** jordan.lavine@flastergreenberg.com
Email l Bio l Offices l V-card | LinkedIn | Twitter

NOTICE: This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling the sender, so that our address record can be corrected.