# EXHIBIT 2
## (Redacted)

**From:**        LaVine, Jordan <Jordan.LaVine@flastergreenberg.com>
**Sent:**        Thursday, April 20, 2017 12:05 PM
**To:**          'Steiner, Mark A.'
**Subject:**     23andMe/Ancestry
**Attachments:** 6184185_1.docx

Thanks –
Jordan

**Jordan A. LaVine**
**Flaster Greenberg PC**
1835 Market St., Suite 1050, Philadelphia, PA 19103
**D**: 215.279.9389| **M**: 610.329.8034 |**E**: jordan.lavine@flastergreenberg.com
**Email** l **Bio** l **Offices** l **V-card** l **LinkedIn** l **Twitter**

NOTICE: This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling the sender, so that our address record can be corrected.





6184185 v1



3



4



5