UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 23ANDME, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANCESTRY.COM DNA, LLC, et al.,<br><br>    Defendants. | Case No. 18-cv-02791-EMC<br><br>**ORDER DENYING WITHOUT PREJUDICE ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>Docket Nos. 28, 35, 39 |

    Defendants have moved to dismiss Plaintiff's complaint. Both parties have filed requests to file under seal with respect to the briefing (and accompanying submissions) on that motion. While the parties have made an attempt to limit their requests to file under seal, the Court finds that the proposed redactions are not sufficiently narrowly tailored. There is not good cause to seal general information such as the fact that the parties were in negotiations to settle their dispute, the general subject matter of their dispute, and, broadly speaking, whether they reached an agreement.

    Accordingly, the Court denies the parties' motions to file under seal without prejudice. The Court orders the parties to meet and confer in good faith to more narrowly tailor the requests to file under seal. The parties shall jointly file a new request to file under seal, covering all briefs (and accompanying submissions), within two weeks of the date of this order.

    This order disposes of Docket Nos. 28, 35, and 39.

    **IT IS SO ORDERED**.

Dated: August 2, 2018

_____
EDWARD M. CHEN
United States District Judge