UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 23ANDME, INC., <br> Plaintiff, <br> v. <br> ANCESTRY.COM DNA, LLC, et al., <br> Defendants. | Case No. 18-cv-02791-EMC <br><br> **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO ADVANCE HEARING DATE** <br><br> Docket No. 56 |

Plaintiff's administrative motion is the kind of motion that should have been resolved by the parties without the need for any judicial intervention. The motion is **GRANTED** in part and **DENIED** in part. The Court's calendar cannot accommodate an advancement in the hearing date on Plaintiff's motion for entry of judgment and to stay. Thus, the hearing on Plaintiff's motion for entry of judgment and to stay shall remain the same (*i.e.*, November 15, 2018). However, the Court temporarily **VACATES** the initial case management conference and will reschedule the conference, if necessary, after the motion for entry of judgment and to stay is resolved. Similarly, the Court **VACATES** the deadline by which Plaintiff must file its amended complaint. A new deadline shall be imposed, if necessary, after the motion for entry of judgment and to stay is resolved.

///
///
///
///
///
///

The Court notes that, although it is setting a hearing date on Plaintiffs' motion for entry of judgment and to stay, it reserves the right to decide the motion, either in whole or in part, on the papers.

This order disposes of Docket No. 56.

**IT IS SO ORDERED**.

Dated: September 7, 2018

_____
EDWARD M. CHEN
United States District Judge