| | |
|---|---|
| MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>THOMAS G. SPRANKLING (SBN 294831)<br>thomas.sprankling@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br><br>DAVID C. MARCUS (SBN 158704)<br>david.marcus@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br><br>*Attorneys for Defendants*<br>*Ancestry.com DNA, LLC, Ancestry.com*<br>*Operations Inc., and Ancestry.com LLC* | ANGELA L. DUNNING (SBN 212047)<br>adunning@cooley.com<br>JOHN PAUL OLEKSIUK (SBN 283396)<br>jpo@cooley.com<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94303-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>WILLIAM G. GAEDE, III (SBN 136184)<br>wgaede@mwe.com<br>BHANU K. SADASIVAN (SBN 233429)<br>bsadasivan@mwe.com<br>MCDERMOTT WILL & EMERY LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA 94025<br>Telephone: (650) 815-7400<br><br>*Attorneys for 23andMe, Inc* |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| 23ANDME, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>ANCESTRY.COM DNA, LLC,<br>ANCESTRY.COM OPERATIONS INC., and<br>ANCESTRY.COM LLC,<br><br>        Defendants. | Case No. 3:18-cv-02791-EMC<br><br>**JOINT STIPULATION REGARDING AMENDED PLEADING** |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants Ancestry.com DNA, LLC, Ancestry.com Operations Inc., and Ancestry.com LLC (collectively, "Ancestry") and Plaintiff 23andMe, Inc. ("23andMe"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, 23andMe filed its First Amended Complaint on November 30, 2018 (Dkt. No. 68);

WHEREAS, on December 12, 2018, Ancestry filed its Answer, Defenses, and Counterclaims in response to 23andMe's First Amended Complaint (Dkt. No. 69);

WHEREAS, on January 4, 2019, Ancestry filed a First Amended Answer, Defenses, and Counterclaims in response to 23andMe's First Amended Complaint (Dkt. No. 71);

WHEREAS, Ancestry wishes to file a Second Amended Answer, Defenses, and Counterclaims to include an additional affirmative defense to the allegations set forth in 23andMe's First Amended Complaint;

WHEREAS, 23andMe has provided its written consent to Ancestry filing a Second Amended Answer, Defenses, and Counterclaims;

WHEREAS, 23andMe and Ancestry agree that 23andMe will respond to Ancestry's Second Amended Answer, Defenses, and Counterclaims within 14 days after service of the Second Amended Answer, Defenses, and Counterclaims, as required Federal Rule of Civil Procedure 15(a);

NOW THEREFORE, the parties agree and stipulate as follows:

1. Ancestry shall be permitted to file a Second Amended Answer, Defenses, and Counterclaims.

2. 23andMe shall answer, move, or otherwise respond to the Second Amended Answer, Defenses, and Counterclaims filed by Ancestry within 14 days after service of the Second Amended Answer, Defenses, and Counterclaims, as required Federal Rule of Civil Procedure 15(a).

DATED: January 18, 2019

By: */s/ Angela L. Dunning*
    Angela L. Dunning (SBN 212047)
    adunning@cooley.com
    John Paul Oleksiuk (SBN 283396)
    jpo@cooley.com
    COOLEY LLP
    3175 Hanover Street
    Palo Alto, CA 94303-1130
    Telephone: (650) 843-5000
    Facsimile: (650) 849-7400

    William G. Gaede, III (SBN 136184)
    wgaede@mwe.com
    Bhanu K. Sadasivan (SBN 233429)
    bsadasivan@mwe.com
    Sami Sedghani (SBN 280437
    ssedghani@mwe.com
    MCDERMOTT WILL & EMERY LLP
    275 Middlefield Road, Suite 100
    Menlo Park, CA 94025
    Telephone: (650) 815-7400
    Facsimile: (650) 815-7401

    *Attorneys for 23andMe, Inc.*

Respectfully submitted,

By: */s/ Mark D. Selwyn*
Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
Thomas G. Sprankling (CA SBN 294831)
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

David C. Marcus (CA SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Brittany Blueitt Amadi (*pro hac vice*)
brittany.amadi@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorney for Defendants Ancestry.com DNA, LLC, Ancestry.com Operations Inc., and Ancestry.com LLC*

DATED: 1/18/2019

[GRANTED — Judge Edward M. Chen, United States District Court, Northern District of California]

---