| | |
|---|---|
| ANGELA L. DUNNING (SBN 212047) | MARK D. SELWYN (SBN 244180) |
| adunning@cooley.com | mark.selwyn@wilmerhale.com |
| JOHN PAUL OLEKSIUK (SBN 283396) | THOMAS SPRANKLING (SBN 294831) |
| jpo@cooley.com | thomas.sprankling@wilmerhale.com |
| COOLEY LLP | WILMER CUTLER PICKERING |
| 3175 Hanover Street | HALE AND DORR LLP |
| Palo Alto, CA  94303-1130 | 950 Page Mill Road |
| Telephone:     (650) 843-5000 | Palo Alto, CA  94304 |
| Facsimile:     (650) 849-7400 | Telephone:     (650) 858-6000 |
| | Facsimile:     (650) 858-6100 |
| WILLIAM G. GAEDE III (SBN 136184) | DAVID H. BERNSTEIN (*pro hac vice*) |
| wgaede@mwe.com | dhbernstein@debevoise.com |
| BHANU K. SADASIVAN (SBN 233429) | JEREMY FEIGELSON (*pro hac vice*) |
| bsadasivan@mwe.com | jfeigelson@debevoise.com |
| MCDERMOTT WILL & EMERY LLP | DEBEVOISE & PLIMPTON LLP |
| 275 Middlefield Road, Suite 100 | 919 Third Avenue |
| Menlo Park, CA  94025 | New York, NY  10022 |
| Telephone:     (650) 815-7400 | Telephone:     (212) 909-6000 |
| Facsimile:     (650) 815-7401 | Facsimile:     (212) 909-6836 |
| *Attorneys for Plaintiff/ Counterclaim Defendant* 23andMe, Inc. | *Attorneys for Defendants/Counterclaim Plaintiffs* Ancestry.com DNA, LLC, Ancestry.com Operations Inc., and Ancestry.com LLC |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| 23ANDME, INC.,<br><br>         Plaintiff and Counterclaim Defendant,<br><br>   v.<br><br>ANCESTRY.COM DNA, LLC *et al.*,<br><br>         Defendants and Counterclaim Plaintiffs.<br><br>AND RELATED CROSS-ACTION | Case No. 18-CV-02791-EMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br><br>Judge: Hon. Edward M. Chen<br><br>Complaint Filed: May 11, 2018 |

IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, having fully and finally settled this matter, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs.

**IT IS SO STIPULATED.**

DATED: March 5, 2020                                              Respectfully submitted,

*/s/ Angela L. Dunning*                                            */s/ David H. Bernstein*

Angela L. Dunning (212047)
adunning@cooley.com
John Paul Oleksiuk (283396)
jpo@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94303-1130
Tel: (650) 843-5000
Fax: (650) 849-7400

William G. Gaede, III (136184)
wgaede@mwe.com
Bhanu K. Sadasivan (233429)
bsadasivan@mwe.com
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Tel: (650) 815-7400
Fax: (650) 815-7401

*Attorneys for Plaintiff/Counterclaim Defendant*
23andMe, Inc.

Mark D. Selwyn (244180)
mark.selwyn@wilmerhale.com
David C. Marcus (158704)
david.marcus@wilmerhale.com
Thomas G. Sprankling (294831)
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel:   (650) 858-6000
Fax:   (650) 858-6100

David C. Marcus (158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel:   (213) 443-5300
Fax:   (213) 443-5400

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:   (617) 526-6000
Fax:   (617) 526-5000

Brittany Blueitt Amadi (*pro hac vice*)
bbrittany.amadi@wilmerhale.com

|   |   |
|---|---|
| 1 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 | 1875 Pennsylvania Avenue NW<br>Washington, DC 20006 |
| 3 | Telephone:  (202) 663-6000<br>Facsimile:   (202) 663-6363 |

David H. Bernstein (*pro hac vice*)
dhbernstein@debevoise.com
Jeremy Feigelson (*pro hac vice*)
jfeigelson@debevoise.com
Ann Marie Domyancic (*pro hac vice*)
adomyancic@debevoise.com
Stephanie M. Cipolla (*pro hac vice*)
smcipolla@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY  10022
Telephone:  (212) 909-6000
Facsimile:   (212) 909-6836

*Attorneys for Defendants and Counterclaim Plaintiffs*
Ancestry.com DNA, LLC, Ancestry.com Operations Inc., and Ancestry.com LLC

DATED: March 9, 2020

**GRANTED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA